UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>GERMAN CRUZ HERNANDEZ, et al.,<br>　　WALTER CHAVEZ LARIN (9),<br>　　ROBERTO CORADO ORTIZ (15),<br>　　EDWIN MARTINEZ (19),<br>　　ERICK ROSALES ARIAS (22),<br>　　  and<br>　　BRYAN ROSALES ARIAS (23),<br><br>　　　　　Defendants. | No. CR 19-117(D)-ODW-9-15-19-22-23<br><br><u>ORDER REGARDING QUALIFICATIONS AND</u><br><u>RELIABILITY OF GOVERNMENT EXPERT</u><br><u>WITNESS (SEAN HANSEN)</u> |

　　　Based on the record in this case, as well as the foundational testimony of Federal Bureau of Investigation ("FBI") Task Force Detective Sean Hansen ("TFO Hansen"), the Court hereby finds as follows:

　　　1.　TFO Hansen is qualified to give expert testimony pursuant to Federal Rule of Evidence 702 based on his "knowledge, skill, experience, training or education." Fed. R. Evid. 702. Specifically, TFO Hansen has a Bachelor of Science in Public

Administration from the University of Southern California.  He has three professional certifications: Cellebrite Certified Operator; Cellebrite Certified Physical Scientist; and Certified Cyber Crime Examiner.  He also has extensive professional training, including a 160-hour FBI training program where eight of the major cellular providers (including T-Mobile, Verizon Wireless, Sprint/Nextel, Metro PCS, and AT&T) provided approximately 30 hours instruction.  From 2009-2012, he worked in LAPD's Criminal Gang Homicide Division where he eventually rose to the rank of Detective Supervisor.  Since 2012, he has worked as an FBI TFO for the Cellular Analysis Survey Team ("CART").  He trains other law enforcement officers in cellular analysis.

2. The Court thus hereby finds that TFO Hansen can reliably testify about cell site data and call detail records which show where certain phones were located at certain times relevant to the six murders in this trial (EH, BA, RC, OH, OF, and BH).

3. TFO Hansen's methodologies and principles are reliable because they are an application of his extensive experience, and shed light on the topics of testimony that the Court previously ruled to be admissible.

IT IS SO ORDERED.

October 17, 2025

DATE

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE